UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON CARTER, <br><br>Plaintiff <br><br>v. <br><br>NEVADA DEPARTMENT OF CORRECTIONS et al., <br><br>Defendants | Case No. 2:18-cv-00351-JCM-CWH <br><br>ORDER |

## I.  DISCUSSION

On April 5, 2019, the court entered an order setting an Inmate Early Mediation Conference ("IEM") in this case. (Order (ECF No. 8).) The IEM is scheduled for May 24, 2019, at 8:30 a.m. (*Id.*) The court's order setting the IEM was returned as undeliverable. (Mail Returned as Undeliverable (ECF No. 9).) According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. Given the upcoming IEM, the Court will require the Clerk of Court to update the docket sheet with Plaintiff's address listed on the NDOC's website, which is Southern Desert Correctional Center, P.O. Box 208, Indian Springs, Nevada, 89070-0208 and to send Plaintiff a courtesy copy of the order setting the IEM, which includes important instructions. Plaintiff is advised that going forward, he must promptly notify the court of any change of address under Nevada Local Rule of Practice IA 3-1, which provides:

> [a] pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Plaintiff further is advised that failure to update the court regarding future address changes may result in sanctions, including a recommendation that this case be dismissed.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court must send a one-time courtesy copy of this order and the order setting inmate early mediation conference (ECF No. 8) to Plaintiff at Southern Desert Correctional Center, P.O. Box 208, Indian Springs, Nevada 89070-0208.

IT IS FURTHER ORDERED that the Clerk of Court must update the docket sheet with this address.

DATED: April 25, 2019

_____
UNITED STATES MAGISTRATE JUDGE