# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANNON CARTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00351-JCM-DJA<br><br>**ORDER** |

Presently before the court is pro se Plaintiff Shannon Carter's Motion to Extend Time to File Opposition to Motion for Summary Judgment (ECF No. 49), filed on April 21, 2020. Defendants did not file a Response by May 5, 2020, which "constitutes a consent to the granting of the motion." LR 7-2(d). However, Plaintiff seeks an indefinite extension to respond to the Motion for Summary Judgment until he receives a copy of the Motion along with discovery, which he acknowledges the Court denied he is entitled to receive. As such, the Court will only grant Plaintiff's request for an extension in part as it finds good cause to grant a thirty-day extension. As such, the Court will set the response deadline for thirty days from today.

IT IS HEREBY ORDERED that Plaintiff Shannon Carter's Motion to Extend Time to File Opposition to Motion for Summary Judgment (ECF No. 49) is **granted in part an**d **denied in part**.

/ / /

/ / /

/ / /

/ / /

1  IT IS FURTHER ORDERED the Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 43) is due by **June 5, 2020**.

DATED: May 6, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE